No. 04–5766. CANNON v. DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 04–5767. COX v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 04–5773. RANSOM v. CORONA. C. A. 9th Cir. Certiorari denied.

No. 04–5780. GRAHAM v. WEBBER ET AL. C. A. 8th Cir. Certiorari denied.

No. 04–5782. GRINER v. FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 04–5783. HEBERT v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 04–5787. FOSTER v. CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 04–5789. FONVILLE v. FLEMING, SUPERINTENDENT, MONROE CORRECTIONAL COMPLEX. C. A. 9th Cir. Certiorari denied.

No. 04–5790. GRANT v. MILLER, SUPERINTENDENT, EASTERN NEW YORK CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 04–5792. GIVENS v. WEST VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 04–5797. LUNA v. ROCHE, SECRETARY OF THE AIR FORCE. C. A. 5th Cir. Certiorari denied.

No. 04–5798. SCHOPPERT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 04–5800. JACKSON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 11th Cir. Certiorari denied.

No. 04–5803. AGUIRRE-ESPINOZA v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 04–5812. FULTZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.